**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME MARTINEZ, ) | NO. ED CV 11-0604 VAP (FMO) |
| Petitioner, ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| DAVID B. LONG, Warden, ) | |
| Respondent. ) | |

On May 11, 2011, petitioner Jaime Martinez, a California state prisoner proceeding pro se, filed a First Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("FAP"), challenging a prison disciplinary hearing that resulted in "60 days loss of credits earned." (FAP at 2). On August 10, 2011, respondent filed a Return to the FAP, and petitioner filed a Reply on September 29, 2011.

On April 16, 2012, petitioner filed a Notice and Motion of Change of Address ("Notice") indicating that he was "paroling in a few days" time. (See Notice at 1). Since it appears likely that petitioner has now been released on parole, petitioner and respondent, separately, ARE ORDERED TO SHOW CAUSE why this action should not be dismissed as moot, see Wilson v. Terhune, 319 F.3d 477, 480-83 (9th Cir.), cert. denied, 539 U.S. 933 (2003), and to each file and serve a written memorandum of points and authorities supporting their positions, and verifying petitioner's parole status, no later than May 30, 2012.

Dated this 9th day of May, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge