UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MARTINEZ,<br><br>    Petitioner,<br><br>v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>    Respondent. | No. EDCV 11-604 VAP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended Petition on the merits with prejudice.

DATED: April 29, 2013

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge