# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME MARTINEZ, | ) | No. EDCV 11-604 VAP (FFM) |
|     Petitioner, | ) ) ) | JUDGMENT |
|   v. | ) | |
| TIMOTHY E. BUSBY, Warden, | ) ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 29, 2013

VIRGINIA A. PHILLIPS
United States District Judge