1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9

10   JAIME MARTINEZ,                    )   No. EDCV 11-604 VAP (FFM)
                                        )
11               Petitioner,            )
                                        )   JUDGMENT
12        v.                            )
                                        )
13   TIMOTHY E. BUSBY, Warden,          )
                                        )
14               Respondent.            )
                                        )
15   _____)

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED:  April 29, 2013

21

22                                      _____
                                              VIRGINIA A. PHILLIPS
23                                            United States District Judge

24

25

26

27

28